UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAKESHA M. BEARD, individually and on behalf of others similarly situated, )))) | |
| Plaintiffs, )) | |
| ) | No. 3:07-0934 |
| v. ) | JUDGE ECHOLS |
| ) | |
| VANDERBILT MORTGAGE AND FINANCE, INC., ))) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith,

(1) Defendant Vanderbilt Mortgage and Finance, Inc.'s Motion To Dismiss Or, In The Alternative, For A More Definite Statement (Docket Entry No. 8) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED because Plaintiff Lakesha M. Beard's claim is barred by the statute of limitations. The alternative Motion For A More Definite Statement is DENIED AS MOOT;

(2) Plaintiff Lakesha Beard's Motion To Compel Arbitration (Docket Entry No. 23) is hereby DENIED AS MOOT;

(3) Plaintiff Lakesha Beard's Motion For Stay Of Proceedings Pursuant To The Federal Arbitration Act, 9 U.S.C. § 3 (Docket Entry No. 34) is hereby DENIED AS MOOT;

(4) Vanderbilt Mortgage and Finance, Inc.'s Motion To Strike Class Allegations And Motion For Denial of Class Certification (Docket Entry No. 41) is hereby DENIED AS MOOT;

(5) Plaintiff Lakesha Beard's Motion For Stay Of Proceedings And Follow-up Case Status Conference (Docket Entry No. 44) is hereby DENIED AS MOOT.

1

(6) Vanderbilt Mortgage and Finance, Inc.'s Motion For Leave To File A Supplemental Memorandum In Support Of Its Motion To Strike Plaintiff's Class Allegations, Its Opposition To Plaintiff's Motion To Compel Arbitration, and Its Motion To Dismiss (Docket Entry No. 51), is hereby DENIED AS MOOT;

(7) Any other pending motions not mentioned in this Order are hereby DENIED AS MOOT; and

(8) This case is hereby DISMISSED WITH PREJUDICE.

(9) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE